**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHAD PHELPS, et al.,

        Plaintiffs,

vs.                                         Case No. 3:11-cv-836-J-32JBT

DETAIL USA, INC., et al.,

        Defendants.

## **ORDER**

This case is before the Court on the Magistrate Judge's January 19, 2012 Report and Recommendation (Doc. 20) and the parties' Joint Notice of Non-Objection (Doc. 21). Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 20) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Doc. 17) is **GRANTED** to the extent that the Settlement Agreements (**Doc. 17-1 at 2-17**) are **APPROVED.**

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of January, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record