**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHAD PHELPS, et al.,

                Plaintiffs,

vs.                                  Case No. 3:11-cv-836-J-32JBT

DETAIL USA, INC., et al.,

                Defendants.

_____

<u>**ORDER**</u>

This case is before the Court on the Magistrate Judge's January 19, 2012 Report and Recommendation (Doc. 20) and the parties' Joint Notice of Non-Objection (Doc. 21).  Upon independent <u>de</u> <u>novo</u> review, it is hereby

**ORDERED**:

1.      The Magistrate Judge's Report and Recommendation (Doc. 20) is **ADOPTED** as the opinion of the Court.

2.      The Joint Motion for Approval of Settlement (Doc. 17) is **GRANTED** to the extent that the Settlement Agreements (**Doc. 17-1 at 2-17**) are **APPROVED.**

3.      This case is **DISMISSED WITH PREJUDICE**.

4.     The Clerk is directed to close the file.

**DONE AND ORDERED** at  Jacksonville, Florida this 27th day of January, 2012.


_____
TIMOTHY J. CORRIGAN
United States District Judge


mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record